

ORDERED in the Southern District of Florida on August 6, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                         CASE NO.: 13-14446-BKC-LMI
                                                               Chapter 7
**JAVIER E. MARTINEZ**
SSN: XXX-XX-5172
_____Debtor._____/

### ORDER GRANTING TRUSTEE, JOEL L. TABAS'S MOTION FOR AUTHORITY TO CONDUCT PUBLIC AUCTION OF ROLEX WATCH

**THIS CAUSE** having come before the Court upon Trustee, Joel L. Tabas's Motion for Authority to Conduct Public Auction of Rolex Watch (the "Motion"), and the Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that notice is sufficient to comply with Bankruptcy Rule 2002(a)(2), Local Rules 9013-1(D) and 6004-1, and any other applicable notice requirement, having determined that the relief requested in the Motion is in the best interests of the Estate, and based on the record, it is

**ORDERED** as follows:

1.      The Motion is granted.

2. The Trustee is authorized to auction the Rolex as defined in the Motion.

3. Any and all hearings set on this matter are hereby cancelled with the entry of this Order.

# # #

Submitted by:
Joel L. Tabas, Esq.
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for the Chapter 7 Trustee
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas shall serve copies of this Order on all interested parties and file a certificate